UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MITCHELL D. ROPER, LIZA SIMON ROPER,
ASHLEY ROPER, FAITH A. O'BRIEN,
CHERI N. SIMON and MICHAEL J. SIMON

        Plaintiffs,

Case No. 09-C-154

v.

OLD REPUBLIC INSURANCE COMPANY,
ASSOCIATED ELECTRIC & GAS INSURANCE
SERVICES LIMITED, RSUI INDEMNITY COMPANY,
LIBERTY INSURANCE UNDERWRITERS, INC.,
LEXINGTON INSURANCE UNDERWRITERS, INC.,
LEXINGTON INSURANCE COMPANY a/k/a
SOUTHERN RISK SPECIALISTS, INC., ARBY
CONSTRUCTION, INC., ENERGY INSURANCE
MUTUAL LIMITED, WISCONSIN PUBLIC SERVICE
CORPORATION, ACUITY, A MUTUAL INSURANCE
COMPANY, PORTSIDE BUILDERS, INC., ACE
AMERICAN INSURANCE COMPANY, FERRELLGAS,
INC., FERRELLGAS OPERATING, LIMITED
PARTNERSHIP a/k/a FERRELLGAS, L.P., GENERAL
CASUALTY COMPANY OF WISCONSIN and CEDAR
GROVE RESORT, INC.

        Defendants.

---

**ORDER**

---

Upon the Stipulation of Dismissal of General Casualty Company of Wisconsin, and without objection of any other party to this action,

**IT IS HEREBY ORDERED:**

1. General Casualty Company of Wisconsin's ("General Casualty") Cross-Motion for Summary Judgment that it has no duty to indemnify Cedar Grove Resort, Inc. ("Cedar Grove") in this action is GRANTED;

2. General Casualty's Cross-Motion for Summary judgment is withdrawn with respect to its claims that it has no duty to defend in this action and for reimbursement of costs expended to defend Cedar Grove in this action;

3. Cedar Grove's Motion for Summary Judgment is withdrawn in its entirety;

4. There being no further claim any party to this action could assert against General Casualty, General Casualty is hereby dismissed on the merits without costs.

Dated this 4th day of November, 2009.

**BY THE COURT:**

s/ William C. Griesbach
The Honorable William C. Griesbach
U.S. District Judge